# No. 53

## UNITED STATES
v.
## CHARLES CURRY

*September 29, 1807*

Elijah Brush, attorney for United States
Solomon Sibley and Jonas Harrison, attorneys for defendant

OPINION BY WOODWARD, C. J. . . . . . *(Journal, infra,* *p. 81)

1. In an action against a person directly accountable for public money trial by jury is not allowed.

2. A surety on the bond of a person directly accountable for public money is indirectly accountable for public money.

3. Although the statute denying trial by jury contemplates in its general provisions a direct accountability, it is broad enough to include an indirect accountability.